IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: | Case No. 18-30704 JPG |
| | Chapter 13 |
| William A. Boros | HON. JOHN GUSTAFSON |
| Debtor(s) | OBJECTION TO AND REJECTION OF CHAPTER 13 PLAN |
| | Julia R. Bates, Esq.<br>Lucas County Prosecutor<br>By: Suzanne C. Mandros, Esq.<br>Assistant Prosecuting Attorney<br>One Government Center, Ste 500<br>Toledo, Ohio 43604<br>(419) 213-2145<br>FAX (419) 213-4070<br>Ohio Reg. No. 0002157<br>smandro@co.lucas.oh.us<br>scmandross@hotmail.com |

Now comes the Lucas County Treasurer, and states that the above debtor's chapter 13 plan does not propose to pay the statutory interest on the Treasurer's claim as set forth in Revised Code

323.121(B)(2)(a). The lien of the Lucas County Treasurer is the first and best lien on the real estate owned by the debtor pursuant to Revised Code Section 5721.10 and earns statutory interest on the unpaid taxes in the amount of 12%. This proposed plan does not comply with the statutory provision which specifies that interest be paid. Further, Bankruptcy Code Section 506 provides for interest on fully secured claims. A proof of claim is being filed reflecting the amount owed and the interest on such claim.

                Respectfully submitted,

                JULIA R. BATES, Prosecuting Attorney


        By:    /s/Suzanne C. Mandros
                Assistant Prosecuting Attorney

# CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Objection to and Rejection of Chapter 13 Plan was served upon the following parties on April 3, 2018 by electronic mail and/or first class mail as indicated herein

Via Electronic Mail:

Edward L. Schimmel, attorney for the debtor at Schimmel@northwoodlaw.net
Elizabeth A. Vaughan, Chapter 13 Trustee at 13ECFNotices@chapter13toledo.com
United States Trustee at ustp.region09@usdoj.gov

And by regular U.S.Mail postage prepaid on the debtor(s):

William A. Boros
6211 Seaman Rd.
Oregon, OH 43616-4227

/s/ Suzanne C. Mandros
Assistant Prosecuting Attorney